**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:08-CV-336** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **SHELLY A. EVANS and HARRY S.** | : | |
| **EVANS, JR.,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 5th day of January, 2009, it is hereby ORDERED that

plaintiff's unopposed motions (Docs. 17 & 18) to confirm the November 6, 2008,

United States Marshal sale of the foreclosed real property, located at 208 Walnut

Street, Lewisburg, Pennsylvania is GRANTED.  The United States Marshal is

directed to execute and deliver to KENNETH D. CLAAR, their successors and

assigns, a good and sufficient deed, conveying all the right, title, and interest of

SHELLY A. EVANS and HARRY S. EVANS, JR.,  in and to the premises sold,

located at 208 Walnut Street, Lewisburg, Pennsylvania 17837.  Jurisdiction in the

above-captioned matter is retained for such further orders or decrees as may be

necessary.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge