# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION NO. 1:08-CV-336** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **SHELLY A. EVANS and HARRY S.** : | |
| **EVANS, JR.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 18th day of February, 2009, upon consideration of plaintiff's motion for disbursement of funds (Doc. 20) from the sale of real property located at 208 Walnut Street, Lewisburg, Pennsylvania, and of the order of court dated January 5, 2009 (Doc. 19), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 20) is GRANTED.  The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 20).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge